UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Contour Design, Inc.</u>

        v.                                Civil No. 09-cv-451-JL

<u>Chance Mold Steel Co., Ltd et al</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated 10/22/2010.

    SO ORDERED.


November 12, 2010                         <u>/s/ Joseph N. Laplante</u>
                                                   Joseph N. Laplante
                                                   United States District Judge


cc:    Anne M. McLaughlin, Esq.
       Jordan L. Hirsch, Esq.
       Laura A. Sheridan, Esq.
       Lawrence L. Blacker, Esq.
       Michael J. Summersgill, Esq.

Robert J. Gunther, Esq.
Peter G. Callaghan, Esq.
Felix J. D'Ambrosio, Esq.
John R. Schaefer, Esq.
Thomas J. Moore, Esq.