UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Contour Design, Inc.

    v.                        Civil No. 09-cv-451-JL

Chance Mold Steel, et al.


**O R D E R**

At the request of the parties, the United States Court of Appeals for the First Circuit has requested that the court produce designated exhibits for oral argument on Tuesday, July 31, 2012. The exhibits include both voluminous paper documents and numerous bulky physical exhibits. Pursuant to LR 83.13(d), "documents of unusual bulk or weight and physical exhibits other than documents shall remain in the custody of the attorney or party who produced them. The attorney or party retaining custody of the documents shall permit inspection of them by any other party and the court of appeals upon request." Thus, counsel are directed to make arrangements with the clerk's office in order to assure the requested exhibits are delivered to the court of appeals on or before the date and time of oral argument on Tuesday, July 31, 2012. The parties shall bear the expenses associated with transporting these exhibits as indicated herein.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated:  July 27, 2012

cc:  Lawrence L. Blacker, Esq.
     Peter G. Callaghan, Esq.
     Daniel H. Fingerman, Esq.
     Daniel S. Mount, Esq.
     Kathryn G. Spelman, Esq.
     Kevin M. Pasquinelli, Esq.